IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DWAYNE BEALL, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:21-cv-00131-RWS |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Liberty Life Assurance Company of Boston's Unopposed Motion to Transfer Venue (Docket No. 4).  The motion is **GRANTED**.  This case is hereby **TRANSFERRED** to the Northern District of Texas, Fort Worth Division.

**So ORDERED and SIGNED this 17th day of June, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE